UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
April 14, 2017

| | |
|---|---|
| MINDFUL eCYCLING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:17-cv-00284-TWP-DKL |
| | ) |
| INGRAM MICRO, INC. d/b/a | ) |
| INGRAM MICRO MOBILITY, and | ) |
| TOUCHSTONE WIRELESS | ) |
| REPAIR AND LOGISTICS, LP, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Mindful eCycling LLC, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action, <u>without</u> prejudice, costs paid.

Respectfully submitted,

 s/ *Paul D. Vink*
Paul D. Vink (#23785-32)
Alex C. Intermill (#25315-49)
Philip R. Zimmerly (#30217-06)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000; (317) 684-5173 (fax)
pzimmerly@boselaw.com

*Attorneys for Plaintiff, Mindful eCycling LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

>Richard M. Blaiklock
>Aaron D. Grant
>LEWIS WAGNER, LLP
>501 Indiana Avenue, Suite 200
>Indianapolis, IN 46202-6150
>rblaiklock@lewiswagner.com
>agrant@lewiswagner.com

>  s/ *Paul D. Vink*
>Paul D. Vink

3184842_1/27430-1